WARREN GRAY, Jr., PLAINTIFF-PETITIONER, v. NATHAN CHOLODENKO, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 39 *N. J. Super.* 406.

*Mr. Robert S. Hartgrove* for the petitioner.

*Mr. Fredrick J. Waltzinger* for the respondents.

May 14, 1956.    Granted.